UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 DEC -3 P 12: 22

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURTIS L. PETERS, JR.,

    Defendant.

Case No. 19-CR-222
[18 U.S.C. §§ 113(a)(6) and 1153(a)]

Green Bay Division

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about June 26, 2018, in the State and Eastern District of Wisconsin, and within the exterior boundaries of the Menominee Indian Reservation,

**KURTIS L. PETERS, JR.,**

a Native American Indian, did assault Jane Doe by operating a motor vehicle while under the influence of methamphetamine and losing control of the vehicle, causing it to crash and resulting in serious bodily injury to Jane Doe, who was an occupant of the vehicle.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153(a).

A TRUE BILL:

███████████
FOREPERSON

Dated: 12/3/19

_____
MATTHEW D. KRUEGER
United States Attorney

1